UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        NO. CIV. S-13-399 LKK/DAD

    Plaintiff,

  v.

        O R D E R

THE MUNIRS COMPANY dba
IHOP #694, et al.,

    Defendants.
_____/

    A status conference was held in chambers on May 13, 2013. After hearing, the court orders as follows:

    1.    A further status conference is set for July 2, 2013 at 2:30 p.m.

    2.    Defendant Poligono to join additional parties within 15 days from the date of this order and shall give notice of the new status conference date to any new parties.

    2.    The parties shall file updated status reports 14 days prior to the status conference.

////

////

1

```
 1          IT IS SO ORDERED.
 2
            DATED:   May 15, 2013.
 3
 4
 5
 6                              /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
 7                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
 8
```

2