UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        NO. CIV. S-13-0399 LKK/DAD

    Plaintiff,

  v.

        O R D E R

THE MUNIRS COMPANY dba IHOP #6941,

    Defendant.
_____/

    Plaintiff's motion to strike affirmative defenses is currently set for hearing on June 17, 2013. (ECF No. 9.)

    The court does not find oral argument to be necessary and will decide the motions on the papers. Accordingly, the hearing on the motion is VACATED.

    IT IS SO ORDERED.

    DATED: June 12, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1