UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        NO. CIV. S-13-0399 LKK/DAD

    Plaintiff,

  v.

        O R D E R

THE MUNIRS COMPANY dba IHOP #6941,

    Defendant.
_____/

    Plaintiff has noticed a motion for summary judgment (ECF No. 29). To allow for sufficient time to prepare for this motion in light of the court's calendar, the hearing which is currently scheduled for August 12, 2013, is hereby **RE-SCHEDULED** to September 9, 2013 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: July 31, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1