UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        NO. CIV. S-13-0399 LKK/DAD

    Plaintiff,

  v.

        O R D E R

THE MUNIRS COMPANY dba IHOP #6941,

    Defendant.

_____/

    Currently set for hearing on September 9, 2013 are: (i) Plaintiff's motion for summary judgment and (ii) defendants' motion under Federal Rule of Civil Procedure 56(d) to defer or deny plaintiff's motion.

    The court does not find oral argument regarding these motions to be necessary and will decide them on the papers.  Accordingly, the hearing on these motions is VACATED.

    IT IS SO ORDERED.

    DATED:  September 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1