LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

ALDEN J. PARKER, SBN 196808
DUYEN T. NGUYEN, SBN 225368
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611
Email: aparker@weintraub.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE MUNIRS COMPANY dba IHOP #694; ANTHONY G. POLIGONO, TRUSTEE of the ANTHONY G. POLIGONO REVOCABLE TRUST OF 2004,<br><br>    Defendants.<br>_____/ | Case No. 2:13-cv-00399-LKK-DAD<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ANTHONY G. POLIGONO, TRUSTEE of the ANTHONY G. POLIGONO REVOCABLE TRUST OF 2004** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, ANTHONY G. POLIGONO, TRUSTEE of the ANTHONY G. POLIGONO REVOCABLE TRUST OF 2004, stipulate to and jointly request that this Court enter a dismissal without prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to ANTHONY G. POLIGONO, TRUSTEE of the ANTHONY G. POLIGONO REVOCABLE TRUST OF 2004** *only*.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **ANTHONY G. POLIGONO, TRUSTEE of the ANTHONY G. POLIGONO REVOCABLE TRUST OF 2004**.

Dated:  September 3, 2013              LAW OFFICES OF LYNN HUBBARD

                                              */s/   Lynn Hubbard              /*
                                              LYNN HUBBARD III
                                              Attorney for Plaintiff

Dated:  September 3, 2013              WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

                                              */s/   Alden J. Parker             /*
                                              ALDEN J. PARKER
                                              DUYEN T. NGUYEN
                                              Attorneys for Defendants

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00399-LKK-DAD, is dismissed without prejudice as to defendant Anthony G. Poligano, Trustee of the Anthony G. Poligono Revocable Trust of 2004.

Dated:  September 10, 2013.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal of Defendant                    *Dodson v. The Munirs Company, et al.*
Anthony G. Poligono, Trustee                                     Case No. 2:13-cv-00399-LKK-DAD

Page 2